Prob 12A (10/16)
VAE (5/17)

# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF VIRGINIA

U.S.A. vs. De Vawn Jamal Walsh          Docket No. 1:16MJ509

### Petition on Probation

COMES NOW Daniel D. Gillespie, Jr., PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of De Vawn Jamal Walsh, who was placed on supervision by the Honorable John F. Anderson, United States Magistrate Judge sitting in the Court at Alexandria, Virginia, on the 18th day of April, 2017, who fixed the period of supervision at one (1) year, and imposed the general terms and conditions heretofore adopted by the Court and also imposed special conditions and terms as follows: : 1) the defendant shall participate in a drug education and/or treatment program as directed by the probation officer; 2) the defendant must undergo drug testing at the direction of the probation officer; and 3) the defendant must appear in Court on April 10, 2018 at 10:00 AM if directed to do so by the Court or the probation officer.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

See Attachment(s)

**PRAYING THAT THE COURT WILL ORDER** a warrant to be issued directing that the offender appear before the Court to show cause why supervision should not be revoked.

### ORDER OF COURT

Considered and ordered this 11th day of January, 2018 and ordered filed and made a part of the records in the above case.

/s/ JFA
John F. Anderson
United States Magistrate Judge

John F. Anderson
United States Magistrate Judge

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: January 11, 2018

D. Gillespie
2018.01.11
10:10:13 -05'00'

Daniel D. Gillespie, Jr.
U.S. Probation Officer
703-299-2285

Place Alexandria, Virginia

**TO CLERK'S OFFICE**

**Petition on Probation**
**Page 2**
**RE: Walsh, DeVawn Jamal**

<u>OFFENSE</u>: Possession of Marijuana in violation of 21 U.S.C. §844.

<u>SENTENCE</u>: The defendant was sentenced to one (1) year pre-judgment probation pursuant to the provisions of 18 U.S.C. §3607 with the special conditions as listed on page one (1).

<u>ADJUSTMENT TO SUPERVISION</u>: The defendant was a direct supervision transfer to the U.S. Probation Office for the District of Maryland due to his Bowie, Maryland, residence and is currently under the supervision of U.S. Probation Officer Kimberly Lee. Officer Lee advises that the defendant has maintained a stable residence and gainful employment with a local carpenter union. Officer Lee further advised that the defendant completed substance abuse treatment as directed on October 10, 2017, which included random urinalysis testing.

Based on the reviewed arrest reports from Anne Arundel and Prince George's Counties in Maryland, it appears that the defendant's overall adjustment to supervision has been unsatisfactory as it is alleged that since on or about September 2017, he has been involved in an illegal conspiracy to distribute marijuana and Ecstasy (MDMA) in the State of Maryland.

<u>VIOLATIONS</u>: The following violations are submitted for the Court's consideration.

**MANDATORY CONDITION:** COMMISSION OF A CRIME – 1) POSSESSION OF 10 GRAMS OR MORE OF MARIJUANA; POSSESSION WITH INTENT TO DISTRIBUTE MARIJUANA; 3) CONSPIRACY TO POSSESS WITH INTENT TO DISTRUBITE MARIJUANA; AND 4) CONSPIRACY TO POSSESS CDS – NOT MARIJUANA.

On January 3, 2018, the defendant was arrested and charged with the above listed offenses in Anne Arundel County, Maryland, following an investigation by the United States Postal Inspection Service. According to the reviewed statement of charges, it is alleged that Mr. Walsh was involved in an illegal conspiracy to receive and distribute illegal substances by way of the U.S. Postal Service. The defendant is currently being held without bond and the charges remain pending with a preliminary hearing scheduled for January 31, 2018, in the District Court for Anne Arundel County, Maryland (Case #: D-07-CR-18-007816).

**MANDATORY CONDITION:** COMMISSION OF A CRIME – 1) POSSESSION OF A FIREARM DURING A DRUG TRAFFICKING OFFENSE; 2) POSSESSION WITH INTENT TO DISTRIBUTE MARIJUANA; 3) POSSESSION OF 10 GRAMS OR MORE OF MARIJUANA; AND 4) POSSESSION CDS – NOT MARIJUANA

As a result of the aforementioned arrest, a search warrant was executed at the defendant's residence in Bowie, Maryland, (Prince George's County) that same day. A search of the residence uncovered additional illegal substances to include 20 pills of suspected Ecstasy and 1,088 grams of marijuana, $2,000.00 U.S. currency, handgun ammunition, and a 9mm caliber Glock Model 26 semi-automatic handgun that, through NCIC checks, was reported to have been stolen from the State of Florida. It is reported that the street value of the marijuana seized during the course of the investigation conducted on January 3, 2108, is estimated to be $62,720.00.

**Petition on Probation**
**Page 3**
**RE: Walsh, DeVawn Jamal**

Based on these finding, an arrest warrant was issued for the defendant in Prince George's County, Maryland charging him with the additional above-listed law violations. The corresponding case number for the charges filed in the District Court for Prince George's County, Maryland is: CR4E00658396. This warrant has not been served; however, it is lodged as a detainer with the Anne Arundel County Detention Center.


DDG/mbp
REH